No. 77–6495.  WARME, AKA WARNER v. UNITED STATES.
C. A. 2d Cir.  Certiorari denied.  ▮